UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ENRIQUE EVELIO RIVERA-ORTA #A240-192-556          CASE NO.  1:26-CV-00355 SEC P

VERSUS                                            JUDGE ALEXANDER C. VAN HOOK

WARDEN WINN CORRECTIONAL CENTER          MAGISTRATE JUDGE HORNSBY
ET AL

## MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on February 03, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

The plaintiff failed to sign the petition.  **Plaintiff must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___9th___ day of _____February___, 2026.

_____
Mark L. Hornsby
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241 (Signature Page)