## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| ENRIQUE EVELIO RIVERA-ORTA | CIVIL ACTION NO. 26-0355 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN, WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 14, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, respondent's response to petition, Record Document 10, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction because the claims presented are moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of June, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**